ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF AIKEN | SECOND JUDICIAL CIRCUIT |
| MANFRED FERNANDEZ, Plaintiff, | CIVIL ACTION NO.: 2025-CP-02-________ |
| v. | |
| GABRIEL L. TENNIS; EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT-A-CAR; JOHN/JANE DOES 1-5; and RICHARD ROE CORPORATIONS 1-5; Defendants. | **SUMMONS** |

**TO: GABRIEL L. TENNIS**

YOU ARE HEREBY SUMMONED and required to answer the Complaint for Damages in this action, a copy of which is hereby served upon you, and to serve a copy of your written response to said Complaint upon the undersigned attorney for the Plaintiff at the address below, within thirty (30) days after the service hereof, exclusive of the day of such service:

**Hawk Law Group**
**338 Telfair Street**
**Augusta, Georgia 30901**

If you fail to respond, the Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment by default may be rendered against you for the relief sought.

Respectfully submitted this 2 July 2025.

/s/ M. Chace Hawk
M. CHACE HAWK
South Carolina Bar No. 102046
chawk@hawklawgroup.com
***Attorney for Plaintiff***

**HAWK LAW GROUP**
338 Telfair Street
Augusta, Georgia 30901
T: (706) 722-3500
F: (866) 295-0234

**Exhibit 1**

ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF AIKEN | SECOND JUDICIAL CIRCUIT |
| MANFRED FERNANDEZ,<br>Plaintiff,<br><br>V.<br><br>GABRIEL L. TENNIS; EAN HOLDINGS, LLC d/b/a ENTERPRISE RENT-A-CAR; JOHN/JANE DOES 1-5; and RICHARD ROE CORPORATIONS 1-5;<br>Defendants. | CIVIL ACTION NO.: 2025-CP-02-________<br><br>**COMPLAINT FOR DAMAGES**<br><br>***Jury Trial Demanded*** |

Plaintiff, Manfred Fernandez ("Mr. Fernandez"), by and through undersigned counsel, brings this Complaint against Defendants and respectfully shows the Court as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Mr. Fernandez is a resident and citizen of Aiken County, South Carolina.

2. Defendant Gabriel L. Tennis ("Mr. Tennis") is, upon information and belief, a citizen and resident of the State of Illinois, who was operating a vehicle in Aiken County, South Carolina, on April 23, 2024.

3. Defendant EAN Holdings, LLC ("EAN") is a Delaware limited liability company authorized to do business in South Carolina. EAN operates under the trade name "Enterprise Rent-A-Car" and owned the vehicle operated by Mr. Tennis. EAN may be served through its registered agent for service of process: CT Corporation System, located at 2 Office Park Court, Suite 103, Columbia, South Carolina 29223.

4. EAN gave Mr. Tennis permission to operate the subject vehicle at the time of the incident.

ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

5. Defendants John/Jane Does 1-5 and Richard Roe Corporations 1-5 are fictitious placeholders for individuals, entities, or corporations whose identities are currently unknown but may be responsible in whole or in part for Plaintiff's damages.

6. The subject incident occurred in Aiken County, South Carolina.

7. This Court has jurisdiction over the parties and subject matter and venue is proper in Aiken County.

## FACTUAL ALLEGATIONS

8. On April 23, 2024, Mr. Fernandez was operating his 2023 Toyota Tundra in the second northbound lane of Edgefield Road in Aiken County, South Carolina. He was accompanied by his partner and minor daughter.

9. At that time, Mr. Tennis was operating a 2023 Dodge Ram in the adjacent northbound lane, traveling in the same direction.

10. Traffic had slowed in the area due to a previous collision.

11. Without proper caution, Mr. Tennis made an unsafe lane change and sideswiped Mr. Fernandez's vehicle.

12. Mr. Tennis was cited by responding officers for improper lane usage.

13. As a direct and proximate result of the collision, Mr. Fernandez sustained serious injuries, including but not limited to herniated discs, spinal stenosis, nerve compression, a contusion to his left foot, and related psychological injuries such as anxiety and PTSD.

14. Mr. Fernandez received medical care from multiple healthcare providers including Aiken Regional Medical Center, Sound Physicians Emergency Medicine, Carolina Radiological Associates, Pidcock Chiropractic, Open MRI of Augusta, and Ortho Sport & Spine Augusta.

ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

15. Mr. Fernandez has incurred significant medical expenses, lost income, and continues to experience physical pain, emotional distress, and diminished quality of life.

## FIRST CAUSE OF ACTION
## NEGLIGENCE – DEFENDANT GABRIEL L. TENNIS

16. Mr. Fernandez realleges and incorporates all preceding paragraphs as if restated herein verbatim.

17. Mr. Tennis owed a duty of care to all motorists, including Mr. Fernandez and his family, to operate his vehicle in a safe and lawful manner.

18. Mr. Tennis breached that duty by, among other things:

a. Making an unsafe and improper lane change;

b. Failing to keep a proper lookout;

c. Failing to yield to traffic;

d. Driving inattentively;

e. Failing to maintain control of his vehicle;

f. Violating traffic laws;

g. Operating his vehicle in a negligent and reckless manner.

19. Mr. Tennis's negligence was the direct and proximate cause of the crash and Mr. Fernandez's injuries .

## SECOND CAUSE OF ACTION
## VICARIOUS LIABILITY – DEFENDANT EAN HOLDINGS, LLC

20. Mr. Fernandez realleges and incorporates all preceding paragraphs as if restated herein verbatim.

ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

21. Mr. Tennis was operating a vehicle owned by EAN with its express or implied permission.

22. EAN is vicariously liable for the negligent acts of Mr. Tennis.

**THIRD CAUSE OF ACTION**
**NEGLIGENT ENTRUSTMENT – DEFENDANT EAN HOLDINGS, LLC**

23. Mr. Fernandez realleges and incorporates all preceding paragraphs as if restated herein verbatim.

24. EAN knew or should have known that Mr. Tennis was not a safe or competent driver.

25. Despite this, EAN entrusted Mr. Tennis with a vehicle, which contributed to the crash and Mr. Fernandez's injuries.

**FOURTH CAUSE OF ACTION**
**(NEGLIGENCE – DEFENDANTS JOHN/JANE DOES 1-5 AND RICHARD ROE CORPORATIONS 1-5)**

26. Mr. Fernandez realleges and incorporates all preceding paragraphs as if restated herein verbatim.

27. Upon information and belief, additional unnamed persons or entities may have contributed to the cause of the collision through negligent acts, including but not limited to vehicle maintenance, supervision, and/or failure to provide proper insurance or oversight.

28. Mr. Fernandez will amend this Complaint to identify those responsible parties as discovery progresses.

**DAMAGES**

29. As a direct and proximate result of Defendants' conduct, Plaintiff has sustained damages including, but not limited to:

ELECTRONICALLY FILED - 2025 Jul 02 3:30 PM - AIKEN - COMMON PLEAS - CASE#2025CP0201685

a. Physical pain and suffering;

b. Emotional distress and mental anguish;

c. Past and future medical expenses;

d. Lost wages and loss of earning capacity;

e. Travel and out-of-pocket expenses;

f. Loss of enjoyment of life;

g. Permanent impairment and disability; and

h. Other damages to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants as follows:

a. For actual damages in an amount to be determined by the trier of fact;

b. For the costs of this action, including reasonable attorney's fees as permitted by law;

c. For pre-judgment and post-judgment interest; and

d. For such other and further relief as this Court deems just and proper.

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted this 2 July 2025.

/s/ M. Chace Hawk
M. CHACE HAWK
South Carolina Bar No. 102046
chawk@hawklawgroup.com
***Attorney for Plaintiff***

**HAWK LAW GROUP**
338 Telfair Street
Augusta, Georgia 30901
T: (706) 722-3500
F: (866) 295-0234

HAWK
LAWGROUP

Vic Hawk • Reid Sanders • Chace Hawk • Shawn Merzlak
Kip McAlister • Adam King • Jonathan Waller

July 2, 2025

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**#9414 8118 9956 0073 4522 93**
Gabriel L. Tennis
3907 N 1400 Blvd
Browns, IL 62818-3004

Re: **Service of Process**
*Manfred Fernandez v. Gabriel L. Tennis; EAN Holdings, LLC d/b/a Enterprise Rent-A-Car; John/Jane Does 1-5; and Richard Roe Corporations 1-5*
In the Court of Common Pleas for Aiken County, South Carolina
Civil Action File No.: 2025-CP-02-01685

Dear Mr. Tennis:

Enclosed please find a copy of the Summons and Complaint filed against you in the above-referenced matter, which arises from a motor vehicle accident that occurred on April 23, 2024, in Aiken County, South Carolina.

This correspondence and the enclosed documents are being sent to you via Certified Mail, Return Receipt Requested, in accordance with applicable rules of civil procedure and South Carolina Code § 15-9-350, the Non-Resident Motorist Statute.

Please retain a copy of these documents and consult with legal counsel if you have any questions regarding your rights or obligations in this matter.

Sincerely,
Rebecca L. Seigler
Paralegal to the Group
rseigler@hawklawgroup.com
Direct Dial: 762-994-1671
Fax: 866-422-3411